FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD JONES, in his capacity as Personal Representative of the ESTATE OF DANTE JONES, and its statutory beneficiaries,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FRANKLIN COUNTY, a municipality, CODY QUANTRELL, individually and as an agent of FRANKLIN COUNTY, and JIM RAYMOND, individually and as an agent of FRANKLIN COUNTY,<br><br>　　　　Defendants. | No. 4:22-CV-05138-SAB<br><br>**ORDER OF DISMISSAL** |

　　　Before the Court is the parties' Stipulated Order of Dismissal With Prejudice, ECF No. 27. Plaintiff is represented Robert Schultz and Brian Davis. Defendants are represented by Patrick McMahon.

　　　Due to a settlement agreement, the Parties have requested the Court dismiss the case with prejudice and without any award of attorneys' fees or costs to either party. The Court grants the motion.

//

//

//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Order of Dismissal With Prejudice, ECF No. 27, is **GRANTED**.

2. The above-captioned action is **DISMISSED with prejudice** and without fees or costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 18th day of June 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** *2